UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | BANKRUPTCY CASE NO. |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | ) ) ) | 19-34054-SGJ-11 |
| | ) | |
| Reorganized Debtor. | ) | |
| ------------------------------------------------------- | ) | |
| NEXPOINT ADVISORS, L.P., | ) | |
| | ) | CIVIL ACTION NO. |
| Appellant, | ) | |
| | ) | 3:21-CV-3104-G |
| VS. | ) | |
| | ) | |
| FTI CONSULTING, INC., | ) | |
| | ) | |
| Appellee. | ) | |

## ORDER OF TRANSFER

Before the court is the appellant's unopposed motion to consolidate appeals and to establish procedures for consolidation of the record on appeal and briefing (docket entry 11). The court construes the motion as a motion for transfer and possible consolidation. So construed, the motion is **GRANTED**. Accordingly, this case is hereby **TRANSFERRED** to the docket of the **Honorable Judge Ed Kinkeade** for possible consolidation with *NexPoint Advisors, L.P. v. Pachulski Stang Ziehl & Jones LLP*, civil number 3:21-CV-3086-K. All future pleadings shall subsequently be filed under case No. **3:21-CV-3104-K**.

**SO ORDERED**.

January 11, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**